

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-15-00162-CV

ANTHONY J. CANN, Appellant

V.

HOMETOWN BANK, N.A., Appellee

Appeal from the 212th District Court of Galveston County.
(Tr. Ct. No. 14-CV-0668).

This case is an appeal from the order signed by the trial court on November 21, 2014. After due consideration, the Court **grants** the appellant's motion to dismiss the appeal. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that costs be taxed against the appellant.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 29, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Brown.